IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**

SEP 2 1 2005

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Criminal No. 01-30005-JPG |
| ) | |
| JAMES R. GIBSON, ET AL., ) | |
| ) | |
| Defendants. ) | |

### ORDER FOR FORFEITURE PURSUANT TO FED.R.CRIM.P 32.2 WITH RESPECT TO UNITED STATES FUNDS OF $35,000,000.00

In Count 8 of the Superseding Indictment filed in the above cause on October 18, 2001, the United States sought forfeiture of property of Defendant, James R. Gibson, pursuant to 18 U.S.C. § 982. The Court, upon consideration of the testimony and exhibits submitted in this cause, hereby finds by preponderance of evidence that the following property is forfeitable and hereby orders forfeited the following property which was involved in the offense described in Count 7 of the Superseding Indictment:

**United States funds of thirty-five million dollars ($35,000,000.00)**

A monetary forfeiture judgment is entered in favor of the United States and against defendant James R. Gibson in the amount of $35,000,000.00. Said judgment may be enforced as an ordinary monetary judgment, by the forfeiture of substitute assets, or by a combination of both, as long as double recovery is not obtained by the government.

Said forfeiture judgment for $35,000,000.00 is separate from and in addition to any judgment for restitution to be entered by this Court and is enforceable above and beyond any said judgment for restitution.

In that the forfeiture consists of a money judgment, it is not necessary for the United States to publish or provide notice or for the Court to conduct an ancillary hearing.

This Order for Forfeiture is final with respect to defendant James R. Gibson and is hereby part of his sentence and to be included in his judgment.

IT IS SO ORDERED.

Dated: 9/21/05

J. PHIL GILBERT
United States District Judge

2