UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | | |
|---|---|---|---|
| **United States of America,** | ) | | |
| | ) | | |
| Plaintiff, | ) | No. | 01-cr-30005-JPG |
| v. | ) | | |
| **JAMES R. GIBSON,** | ) | | |
| Defendant. | ) | | |

## ORDER

THIS MATTER comes before this Court on the pro se defendant James R. Gibson's Motion For District Court To Assist Defendant In The Proper Manner On Transcript (Doc. 545). The Court having reviewed the motion, hereby orders stand-by counsel, John Abell, to assist the defendant in perfecting his appeal to the Seventh Circuit Court of Appeals.

**IT IS SO ORDERED** this 3rd day of October, 2005.

                                                s/ J. Phil Gilbert
                                                **U. S. District Judge**